*FID#: 11317553*

FILED
RICHARD W. NAGEL
CLERK OF COURT

2021 SEP 16 PM 2:07

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

*ORIGINAL*

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 2:21-cr-171 |
| Carlos Manuel Rodriguez Brime | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Carlos Manuel Rodriguez Brime                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

Freedom of Access to Clinic Entrances (FACE Act Violation), 18 U.S.C. §248(a)(1), Count 1.
Transmitting a Threat in Interstate Commerce, 18 U.S.C. § 875(c), Count 2
Transmitting a Bomb Threat in Interstate Commerce, 18 U.S.C. § 844(e) , Count 3

Date:     09/14/2021

*Issuing officer's signature*

Deputy Clerk

City and state:     Columbus, OH

Richard W. Nagel, Clerk, U.S. District Court
*Printed name and title*

---

### Return

| | |
|---|---|
| This warrant was received on *(date)* 9/14/21 at *(city and state)* columbus, OHiO . | , and the person was arrested on *(date)* 9/16/21 |
| Date: 9/16/21 | *Arresting officer's signature* Blane Wetzel, Special Agent *Printed name and title* |