# **CRIMINAL MINUTES**

2:21-cr-171
USA v. Carlos Rodriguez Brime
(Custody)

## **Change of Plea**
## **on Tuesday, February 15, 2022 at 9:30 a.m.**
## **via GoToMeeting**
## **before Judge Edmund A. Sargus, Jr.**

For Govt: Courter Shimeall

For Deft: Laura Byrum

Court Reporter: Crystal Hatchett

Courtroom Deputy: Christin Werner


The defendant changed his plea to guilty to counts 1 and 2 of the indictment.
PSI Ordered.