# CRIMINAL MINUTES

2:21-cr-171
USA v. Carlos Manuel Rodriguez Brime
(Custody)

## Sentencing via GoToMeeting
## held on June 29, 2022 at 10:30 a.m.
## before Judge Edmund A. Sargus, Jr.

For Govt:  Emily Czerniejewski and Sanjay Patel

For Deft: Laura Byrum

Court Reporter: Shawna Evans

Courtroom Deputy: Christin Werner

USPO: Kristin Clark

Defendant sentenced to 10 months on count 1 and 12 months and 1 day on count 2, minus time served to run concurrently with one another.
1 year supervised release on count 1 and 3 years supervised release on count 2, to run concurrently with one another.
$125 special assessment.
Count 3 is dismissed.