UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

**United States of America**

-vs-  Case No. 2:21-cr-171

**Carlos Brime**

COURTROOM MINUTES

| JUDGE: | Elizabeth A. Preston Deavers | DATE AND TIME: | June 4, 2024 At 1:30 PM |
|---|---|---|---|
| DEPUTY CLERK: | Sherry Nichols | COUNSEL FOR GOVT: | Heidy Carr |
| RECORD: | CourtSmart | COUNSEL FOR DEFT(S). | Laura Byrum |
| INTERPRETER: | | Pretrial/Probation | Schal Boucher |

Initial Appearance on Supervised Release Violation Petition/Warrant

-CJA financial affidavit completed; counsel appointed
-Dft advised of rights, charges, and potential penalties
-Govt moves for detention; motion granted
-Detention & Preliminary Revocation Hearing set for June 5, 2024 at 2:00 PM before Magistrate Judge Vascura
-Dft remanded to custody of USMS