UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

United States of America

-vs-                                                    Case No.  2:21-cr-171

Carlos Brime

**COURTROOM   MINUTES**

| JUDGE: | Chelsey M. Vascura | DATE AND TIME: | 6/5/2024 2:00pm |
|---|---|---|---|
| DEPUTY CLERK: | Allie Moran | COUNSEL FOR GOVT: | Emily Czerniejewski |
| RECORDER: | CourtSmart | COUNSEL FOR DEFT(S). | Laura Byrum |
| INTERPRETER: | | PRETRIAL/PROBATION: | Keisha Rayford |

Hearing Type:  Detention & Preliminary Revocation Hearing

Government Calls Keisha Rayford, US Probation Officer

Cross by Defense

Defendant Carlos Brime testifies at his own insistance

The Court finds probable cause to believe the defendant has violated his conditions of supervised release.

Defendant is REMANDED to the United States Marshal Service pending the final revocation hearing before Judge Sargus.