UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                                Case Number 2:21-cr-171
                                                Judge Edmund A. Sargus, Jr.

CAROLS MANUEL RODRIGUEZ BRIME,
    Defendant.

# Final Revocation hearing
# June 26, 2024
# before Judge Edmund A. Sargus, Jr.

For Plaintiff: Emily Czerniejewski
For Defendant: Laura Byrum
Court Reporter: Crystal Hatchett
Courtroom Deputy: Christin Werner


The Court finds that a violation has occurred.

4 months imprisonment minus time served.
18 months reimposed supervised release.